**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-1683

CHARLES E. CARTER,

Plaintiff - Appellant,

v.

CLARENDON COUNTY FIRE DEPARTMENT,

Defendant - Appellee,

and

OFFICER BARNEY DOZIER, Clarendon County Sheriffs Dept,

Defendant.

Appeal from the United States District Court for the District of South Carolina, at Charleston. Richard Mark Gergel, District Judge. (2:10-cv-02812-RMG)

Submitted: December 15, 2011          Decided: December 19, 2011

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Charles E. Carter, Appellant Pro Se. Charles Lloyd Appleby, Gary Thomas Culbreath, COLLINS & LACY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles E. Carter seeks to appeal the district court's order accepting the recommendation of the magistrate judge and granting summary judgment to the Clarendon County Fire Department. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Carter seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED